IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 21-cv-02028-KRN

JOHN MEGGS

    Plaintiff,

v.

WELCH 3 INVESTMENTS, LLC and
WELCH 3 HOLDINGS, INC.

    Defendants.

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, JOHN MEGGS, ("Plaintiff"), and Defendants, WELCH 3 INVESTMENTS, LLC and WELCH 3 HOLDINGS, INC., ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 30, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Laura J. Hazen* |
| ANTHONY J. PEREZ, ESQ. | LAURA J. HAZEN, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | H&K Law, LLC |
| 1600 Broadway | 3900 E. Mexico Avenue, Suite 300 |
| Denver, CO 80202 | Denver, CO 80210 |
| Telephone: (305) 553-3464 | Telephone: (303) 749-0649 |
| Email: ajperezlaw@gmail.com | Email: lhazen@hklawllc.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 30, 2021.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ

2